IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Etopia Evans, *et al.*, )<br>      Plaintiffs, )<br>                                 )<br>      v.                          )<br>                                 )<br>Arizona Cardinals Football Club, )<br>LLC, *et al.*,                  )<br>      Defendants.             )<br>_____) | Civ. No. 1:15-cv-01457-WMN |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: all Defendants. I certify that I am admitted to practice in this court.

July 24, 2015
                                  /s/
                                  Benjamin C. Block
                                  (D. Md. No. 15811)
                                  COVINGTON & BURLING LLP
                                  One CityCenter
                                  850 Tenth Street, NW
                                  Washington, DC 20001-4956
                                  Tel: 202-662-5205
                                  Fax: 202-778-5205
                                  Email: bblock@cov.com

                                  *Counsel for Defendants*