```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND


ETOPIA EVANS et al.            *
                               *
v.                             *   Civil Action No. WMN-15-1457
                               *
ARIZONA CARDINALS FOOTBALL     *
CLUB, LLC et al.               *
                               *

     *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *
```

**ORDER**

In accordance with the foregoing Memorandum, and for the reasons stated therein, IT IS this 25th day of February, 2016, by the United States District Court for the District of Maryland, ORDERED:

(1) That Defendants' Motion to Transfer, ECF No. 23, is GRANTED;

(2) That the Clerk of the Court shall transfer this action to the United States District Court for the Northern District of California; and

(3) That the Clerk of the Court shall transmit a copy of this Order to all counsel of record.

```
                         _____/s/_____
                         William M. Nickerson
                         Senior United States District Judge
```